IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-881-FDW-DCK

| | |
|---|---|
| BENJAMIN SCHMIDT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, | ) ) ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) filed by Yale Haymond, concerning C. Michael Ellingburg, on February 27, 2024. C. Michael Ellingburg seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) is **GRANTED**. C. Michael Ellingburg is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: February 27, 2024

David C. Keesler
United States Magistrate Judge